D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DENNIS HARRIS,

               Plaintiff,                                **MEMORANDUM AND ORDER**

                                                                                  13-CV-4728 (NGG) (RML)

             -against-

NASSAU COUNTY, POLICE OFFICER
VELTE, DETECTIVE RISPOLI, NASSAU
COUNTY POLICE, and Others,

               Defendants.
-----------------------------------------------------------x
NICHOLAS G. GARAUFIS, United States District Judge:

      On August 14, 2013, Plaintiff Dennis Harris filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. (Dkt. 1.) By Order dated September 13, 2013, the court dismissed Plaintiff's claims for monetary relief against Nassau County District Attorney Kathleen Rice and Nassau County Assistant District Attorney Michelle Haddad with prejudice. (Dkt. 6.) Plaintiff was directed to file an amended complaint by October 18, 2013, that names the individuals personally responsible for the alleged denial of his constitutional rights. On October 3, 2013, Plaintiff filed an amended complaint as directed. (Dkt. 7.) Plaintiff's amended complaint shall proceed.

      The United States Marshal Service is directed to serve the Summons, Amended Complaint, and this Order upon Defendants without prepayment of fees. All pretrial matters are referred to Magistrate Judge Robert M. Levy. The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 269 U.S. 438, 444-45 (1962).

      SO ORDERED.

                                                                      /S/ Judge Nicholas G. Garaufis

Dated: Brooklyn, New York                               NICHOLAS G. GARAUFIS
       October 3⎵, 2013                                       United States District Judge